JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH ORTIZ, an individual, | Case No: CV 19-10599-MWF (JPRx) |
| Plaintiff, | **ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| COSTCO WHOLESALE CORP., an unknown entity; and Does 1 to 50, inclusive, | |
| Defendants. | |

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding that good cause exists, the Court hereby ORDERS that Plaintiff's case 2:19-CV-10599-MWF-JPR is hereby **DISMISSED** with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: January 19, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE